DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

```
                                    )
                                    )
C.A.F. BY AND THROUGH HIS PARENTS AND )
NEXT OF FRIENDS A.F. AND R.F.,        )
                                    )
            Plaintiff,              )
                                    )   Civil No. 2006-102
                v.                  )
                                    )
LAVERNE TERRY, COMMISSIONER OF THE  )
DEPARTMENT OF EDUCATION AND CARRIE  )
JOHNS, ACTING STATE DIRECTOR OF THE )
OFFICE OF SPECIAL EDUCATION,        )
                                    )
            Defendants.             )
_____)
```

**APPEARANCES**

**Archie Jennings, Esq.**
St. Thomas, U.S.V.I.
     *For the plaintiff.*


**Aquannette Y. Chinnery-Montell, Esq.**
**Carol Thomas-Jacobs, Esq.**
**Tamika Archer, Esq.**
St. Thomas, U.S.V.I.
     *For the defendants.*

<u>**JUDGMENT**</u>

This matter is before the Court for adjudication on
stipulated facts in the record. The defendants LaVerne Terry,
commissioner of the Department of Education, and Carrie Johns,
Acting State Director of the Office of Special Education, ask the
Court to dismiss this matter for failure to prosecute, failure to
issue process, and failure to serve the government of the Virgin

Islands.  In the alternative, the defendants seek summary
judgment.

   For the reasons stated in the memorandum opinion of even
date, it is hereby

   **ORDERED** that the defendants' motion to dismiss for failure
to prosecute is **DENIED;** and it is further

   **ORDERED** that the defendants' motion to dismiss for failure
to issue process and to serve the government of the Virgin
Islands is **DENIED;** and it is further

   **ORDERED** that judgment shall be entered for the defendants;
and it is further

   **ORDERED** that the plaintiff's claims are **DISMISSED.**

                              **S/**_____
                                 **CURTIS V. GÓMEZ**
                                    **Chief Judge**